UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA IAN REID,**

   **Plaintiff,**

**v.**              **Case No: 6:16-cv-403-Orl-41GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

   **Defendant.**
_____/

**ORDER**

   THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) and the Joint

Memorandum (Doc. 15) regarding judicial review of the decision of the Commissioner of Social

Security. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation

("R&R," Doc. 16), in which he recommends that this Court reverse and remand the final decision

of the Commissioner.

   After a *de novo* review of the record, and noting that no objections were timely filed, the

Court agrees with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as

follows:

   1. The Report and Recommendation (Doc. 16) is **ADOPTED** and **CONFIRMED** and

     made part of this Order.

   2. The final decision of the Commissioner is **REVERSED** and **REMANDED**

     pursuant to sentence four of 42 U.S.C. § 405(g).

   3. The Clerk is directed to enter judgment in favor of Plaintiff and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record