UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSHUA IAN REID,**

    **Plaintiff,**

**v.**                                                                       **Case No: 6:16-cv-403-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19). United States Magistrate Gregory J. Kelly issued a Report and Recommendation (Doc. 20), recommending that the Court grant the motion in part. After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 19) is **GRANTED in part**.

3. Plaintiff is awarded attorney's fees in the amount of $2,850.75.

4. The Commissioner may, in her discretion, pay all or part of the attorney's fees directly to Plaintiff's counsel should she determine that it is appropriate to do so.

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2017.



Copies furnished to:

Counsel of Record